Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:12-BK-26658-SSC |
| | § | |
| STEPHEN PATRICK JONES | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/18/2012. The undersigned trustee was appointed on 12/18/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,643.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $11.93 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $58.63 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,572.44 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/08/2013 and the deadline for filing government claims was 03/26/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $396.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $396.09, for a total compensation of $396.09[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $51.38, for total expenses of $51.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2013   By: /s/ Roger W. Brown
                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

| Case No.: | 12-26658-PHX SSC | Trustee Name: | Roger W. Brown |
|---|---|---|---|
| Case Name: | JONES, STEPHEN PATRICK | Date Filed (f) or Converted (c): | 12/18/2012 (f) |
| For the Period Ending: | 10/17/2013 | §341(a) Meeting Date: | 01/25/2013 |
| | | Claims Bar Date: | 08/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank checking # 1470, balance as of filing date Account: Stephen P. Jones, Ervin P. Upshaw Sr Rp | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Bank checking #7122, balance as of filing date | $2.46 | $0.00 | | $0.00 | FA |
| 3 | Security deposit with Trinity Management Company, LLC | $200.00 | $0.00 | | $0.00 | FA |
| 4 | 1 Kitchen table $75.00 2 Chairs for Kitchen table $25.00 1 Living Room couch $300.00 1 Love seat $100.00 2 Living room end tables $40.00 2 Living room lamps $25.00 1 Bed $250.00 1 Bed Dresser $75.00 2 Bed Tables $60.00 1 Alarm Clock $10.00 1 Vaccum Cleaner $20.00 1 Television $125.00 Located at Debtor's residence | $1,105.00 | $0.00 | | $0.00 | FA |
| 5 | 1 VCR $10.00 1 DVD player $30.00 1 Microwave $20.00 1 Picture/ Painting $20.00 Located at Debtor's residence | $140.00 | $140.00 | | $0.00 | FA |
| 6 | Misc. men's clothing Located at Debtor's residence | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Term Life through US Retirement Services No cash value | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 2004 Olds Alero AG with 110,000 miles in fair condition Valued www.kbb.com Debtor owns free and clear Retain | $2,359.00 | $0.00 | | $0.00 | FA |
| 9 | 1 Laptop $150.00 Located at Debtor's residence | $150.00 | $150.00 | | $0.00 | FA |
| 10 | 2012 INCOME TAX REFUNDS (u) | $0.00 | $1,643.00 | | $1,643.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$4,456.46     $1,933.00     $1,643.00     $0.00

| Case No.: | 12-26658-PHX SSC | | | Trustee Name: | Roger W. Brown |
| Case Name: | JONES, STEPHEN PATRICK | | | Date Filed (f) or Converted (c): | 12/18/2012 (f) |
| For the Period Ending: | 10/17/2013 | | | §341(a) Meeting Date: | 01/25/2013 |
| | | | | Claims Bar Date: | 08/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):   12/31/2014    Current Projected Date Of Final Report (TFR):   12/31/2014    /s/ ROGER W. BROWN
                                                                                                                              ROGER W. BROWN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-26658-PHX SSC | | **Trustee Name:** | Roger W. Brown |
| **Case Name:** | JONES, STEPHEN PATRICK | | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | ******0494 | | **Checking Acct #:** | ******6658 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 12/18/2012 | | **Blanket bond (per case limit):** | $85,026,813.00 |
| **For Period Ending:** | 10/17/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2013 | (10) | UNITED STATES TREASURY | | 1224-000 | $1,643.00 | | $1,643.00 |
| 05/07/2013 | 101 | STEPHEN JONES | DEBTORS PORTION OF TAX REFUND | 8500-002 | | $58.63 | $1,584.37 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.93 | $1,582.44 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.47 | $1,579.97 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.54 | $1,577.43 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.54 | $1,574.89 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.45 | $1,572.44 |
| | | | **TOTALS:** | | $1,643.00 | $70.56 | $1,572.44 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,643.00 | $70.56 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,643.00 | $70.56 | |

| For the period of 12/18/2012 to 10/17/2013 | | For the entire history of the account between 05/07/2013 to 10/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,643.00 | Total Compensable Receipts: | $1,643.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,643.00 | Total Comp/Non Comp Receipts: | $1,643.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11.93 | Total Compensable Disbursements: | $11.93 |
| Total Non-Compensable Disbursements: | $58.63 | Total Non-Compensable Disbursements: | $58.63 |
| Total Comp/Non Comp Disbursements: | $70.56 | Total Comp/Non Comp Disbursements: | $70.56 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| Case No. | 12-26658-PHX SSC | Trustee Name: | Roger W. Brown |
|---|---|---|---|
| Case Name: | JONES, STEPHEN PATRICK | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******0494 | Checking Acct #: | ******6658 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/18/2012 | Blanket bond (per case limit): | $85,026,813.00 |
| For Period Ending: | 10/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,643.00 | $70.56 | $1,572.44 |

**For the period of 12/18/2012 to 10/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,643.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,643.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11.93 |
| Total Non-Compensable Disbursements: | $58.63 |
| Total Comp/Non Comp Disbursements: | $70.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/18/2012 to 10/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,643.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,643.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11.93 |
| Total Non-Compensable Disbursements: | $58.63 |
| Total Comp/Non Comp Disbursements: | $70.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 12-26658-PHX SSC | | Trustee Name: | Roger W. Brown |
|---|---|---|---|---|
| Case Name: | JONES, STEPHEN PATRICK | | Date: | 10/17/2013 |
| Claims Bar Date: | 08/08/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) N.A.<br>P.O. BOX 71083<br>CHARLOTTE NC 28272-1083 | 05/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $501.82 | $501.82 | $0.00 | $0.00 | $0.00 | $501.82 |
| 1INT | CAPITAL ONE BANK (USA) N.A.<br>P.O. BOX 71083<br>CHARLOTTE NC 28272-1083 | 10/17/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.62 | $0.62 | $0.00 | $0.00 | $0.00 | $0.62 |
| 2 | CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT LOWELL ROAD, SUITE 200<br>TUCSON AZ 85712 | 07/24/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $418.57 | $418.57 | $0.00 | $0.00 | $0.00 | $418.57 |
| 2INT | CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT LOWELL ROAD, SUITE 200<br>TUCSON AZ 85712 | 10/17/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.52 | $0.52 | $0.00 | $0.00 | $0.00 | $0.52 |
| 3 | BANNER ARIZONA MEDICAL CLINIC<br>P.O. BOX 29328<br>PHOENIX AZ 85038-9328 | 10/15/2013 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| 10000 | ROGER W. BROWN<br>P.O. Box 32967<br>Phoenix AZ 85064 | 10/17/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $396.09 | $396.09 | $0.00 | $0.00 | $0.00 | $396.09 |
| 10001 | ROGER W. BROWN<br>P.O. Box 32967<br>Phoenix AZ 85064 | 10/17/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $51.38 | $51.38 | $0.00 | $0.00 | $0.00 | $51.38 |
| | | | | | | $1,619.00 | $1,619.00 | $0.00 | $0.00 | $0.00 | | $1,619.00 |

| | |
|---|---|
| **Case No.** | 12-26658-PHX SSC |
| **Case Name:** | JONES, STEPHEN PATRICK |
| **Claims Bar Date:** | 08/08/2013 |
| **Trustee Name:** | Roger W. Brown |
| **Date:** | 10/17/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $921.53 | $921.53 | $0.00 | $0.00 | $0.00 | $921.53 |
| Tardy General Unsecured § 726(a)(3) | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Trustee Compensation | $396.09 | $396.09 | $0.00 | $0.00 | $0.00 | $396.09 |
| Trustee Expenses | $51.38 | $51.38 | $0.00 | $0.00 | $0.00 | $51.38 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:12-BK-26658-SSC
Case Name: STEPHEN PATRICK JONES
Trustee Name: Roger W. Brown

| | |
|---|---:|
| Balance on hand: | $1,572.44 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,572.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Roger W. Brown, Trustee Fees | $396.09 | $0.00 | $396.09 |
| Roger W. Brown, Trustee Expenses | $51.38 | $0.00 | $51.38 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $447.47 |
| Remaining balance: | $1,124.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,124.97 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,124.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $920.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) N.A. | $501.82 | $0.00 | $501.82 |
| 2 | CAPITAL ONE, N.A. | $418.57 | $0.00 | $418.57 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $920.39 |
| Remaining balance: | $204.58 |

Tardily filed claims of general (unsecured) creditors totaling $250.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 81.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 3 | BANNER ARIZONA MEDICAL CLINIC | $250.00 | $0.00 | $203.44 |

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $203.44 |
| Remaining balance: | $1.14 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1.14 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.15 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.14. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

UST-27A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| STEPHEN PATRICK JONES | ) | CASE NO. 2:12-bk-26658-SSC |
| | ) | |
| | ) | TRUSTEE'S APPLICATION FOR |
| Debtor(s) | ) | COMPENSATION AND |
| _____ | ) | REIMBURSEMENT OF EXPENSES |

      The undersigned Trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1. <u>Introduction</u>. The petition commencing this case was filed on <u>12/18/2012</u>, the undersigned was appointed Trustee on <u>12/18/2012</u>, and the 11 U.S.C. §341(a) meeting was completed on <u>01/01/1900</u>.

2. <u>Disposition of Assets</u>. All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. §554(a) or (b), or will be abandoned pursuant to §554(c). An accounting of the disposition of all property is attached hereto as Form 1 (Individual Estate Property Record).

3. <u>Receipts and Disbursements</u>. An itemized statement of the Trustee's receipts and disbursements showing total receipts of <u>$1,643.00</u>, disbursements of <u>$70.56</u>, and balance of funds on hand of <u>$1,572.44</u>, is attached hereto as Form 2 (Estate Case Receipts and Disbursements Record).

4. <u>Trustee's Fees and Expenses</u>. Pursuant to 11 U.S.C. §330(a), I request as compensation for the services rendered by me as Trustee in this case the amount of <u>$396.09</u>. Pursuant to 11 U.S.C. §326(a), the maximum amount of compensation allowable in this case is <u>$396.09</u>.

| | | | |
|---|---:|---|---:|
| Receipts | $1,584.37 | 25% of first 5,000 | $396.09 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $0.00 | 10% of next 45,000 | $0.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

I have received <u>$0.00</u> of the total compensation requested as interim compensation, and now request the additional sum of <u>$396.09</u> as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---:|
| Trustee Bond (1.00 @ $1.260 ) | $1.26 |
| Copies (125.00 @ $0.250 ) | $31.25 |
| Postage (10.00 @ $0.460 ) | $4.60 |
| Travel (25.25 @ $0.565 ) | $14.27 |
| Total Expenses | $51.38 |

I have received $0.00 of this total as interim reimbursement, and now request the additional sum of $51.38 as my final reimbursement.

5. The Trustee requests ratification and approval of such additional administrative expense(s) as may be set forth below:

Bank & Technology Fees assessed by Integrity Bank/TrusteSolutions in the total amount of $11.93.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: October 17, 2013 /s/ Roger W. Brown
Roger W. Brown, Trustee